JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:     541-419-0074
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. JACKSON, | Case No. 2:15-cv-01737-AC |
| Plaintiff, | |
| | **STIPULATION AND** ~~**PROPOSED**~~ |
| | **ORDER FOR EXTENSION OF TIME** |
| v. | **TO FILE OPENING BRIEF** |
| CAROLYN W. COLVIN, | |
| Acting Comm'r of Social Security, | |
| Defendant, | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to March 7, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension, which is requested because Plaintiff's counsel is experiencing a backload in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  January 29, 2016

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  January 29, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/*Marla Letellier*
MARLA LETELLIER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED:  February 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE