BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA L. JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-01737-AC<br><br>STIPULATION AND PROPOSED ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 35 days from April 6, 2016 to May 11, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

This is Defendant's first request for an extension of time to respond to Plaintiff's opening brief. This request is the result of a heavy workload for counsel responsible for briefing.  Additionally, counsel expects to be out of the office for most of the last week of April.

Stip for EOT, 2:15-cv-01737-AC                  1

This request is not meant to cause intentional delay.

Respectfully submitted,

                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: April 6, 2016        By: /s/ *Marla K. Letellier*
                                      MARLA K. LETELLIER
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

                                    JACQUELINE A. FORSLUND, ESQ.

Dated: April 6, 2016        By: */s/ Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND
                                      Attorney for Plaintiff
                                      (as approved by email on April 6, 2016)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: April 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE