BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA L. JACKSON, | CIVIL NO. 2:15-cv-01737-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 30 days from May 11, 2016 to June 10, 2016. All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's second request for an extension of time to respond to Plaintiff's opening brief. Counsel makes this request because she was unexpectedly out of the office due to illness during the first half of this week. Defendant requests a 30 day extension because of Counsel's heavy workload which includes preparing a Ninth Circuit appellee's brief as well as dispositive motions in nine Federal

Stip for EOT, 2:15-cv-01737-AC           1

District Court cases between May 10, 2016 and May 31, 2016.  Finally, Counsel's husband will be having knee surgery in early June and Counsel anticipates being out of the office for three to five days during this time.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: May 11, 2016       By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

JACQUELINE A. FORSLUND, ESQ.

Dated: May 11, 2016       By: */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
(as approved by email on May 11, 2016)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: May 11, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-01737-AC           2