BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA L. JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-01737-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 30 days from June 10, 2016 to July 11, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's third request for an extension of time to respond to Plaintiff's opening brief. Counsel makes this request in order to provide the parties with additional time to pursue potential settlement of this matter, which Counsel sincerely believes could resolve this matter.  Defendant

Stip for EOT, 2:15-cv-01737-AC                1

additionally requests this extension because she has been out of this office this week in order to care for her husband after knee surgery.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: June 10, 2016         By: /s/ *Marla K. Letellier*
                             MARLA K. LETELLIER
                             Special Assistant United States Attorney
                             Attorneys for Defendant

JACQUELINE A. FORSLUND, ESQ.

Dated:  June 10, 2016        By: /s/ *Jacqueline A. Forslund*
                             JACQUELINE A. FORSLUND
                             Attorney for Plaintiff
                             (as approved by email on June 10, 2016)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: June 15, 2016         _____
                             ALLISON CLAIRE
                             UNITED STATES MAGISTRATE JUDGE