BENJAMIN WAGNER CSBN 163581
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA L. JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-01737-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that the deadline for Defendant to file her Opposition Brief be extended 10 days from July 11, 2016 to July 21, 2016.  All other deadlines in the Court's scheduling order are extended accordingly.

    This is Defendant's fourth request for an extension of time to respond to Plaintiff's opening brief.  Counsel makes this request in order to provide the parties with additional time to pursue potential settlement of this matter, which Counsel sincerely believes will resolve this matter.  Unfortunately, with Counsel being out of the office over most of the past week, Counsel needs a short amount of additional

Stip for EOT, 2:15-cv-01737-AC           1

time in order to pursue voluntary remand of this matter.  Counsel apologizes for the inconvenience to the Court.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 11, 2016         By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

JACQUELINE A. FORSLUND, ESQ.

Dated:  July 11, 2016        By: /s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
(as approved by email on July 11, 2016)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: July 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE