UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. JACKSON, | No. 2:15-cv-1737 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has now complied with the court's order requiring her to file a "consent" or "decline to consent" to the magistrate judge's jurisdiction. See ECF Nos. 22, 23.

Accordingly, IT IS HEREBY ORDERED that the Order To Show Cause (ECF No. 19), is DISCHARGED in its entirety.

DATED: July 20, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE