PHILLIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA L. JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:15-cv-01737-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate the medical evidence, including all medical-source opinion evidence relating to the claimant's functional capabilities and explain the weight given to the opinion-evidence in accordance with 20 C.F.R. § 404.1527 and SSRs 96-2p and 96-5p; reevaluate the claimant's residual functional capacity assessment,

Stip for EOT, 2:15-cv-01737-AC                    1

if necessary; and reassess steps four and five with the assistance of a vocational expert, if necessary. On remand, Plaintiff will have a new hearing and may present new arguments and further evidence to the ALJ if such evidence becomes available.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: July 21, 2016        By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

JACQUELINE A. FORSLUND, ESQ.

Dated:  July 22, 2016        By: */s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
(as approved by email on July 22, 2016)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: July 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:15-cv-01737-AC                 2